**JUDGE GARDEPHE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USA HERBALS, LLC and CURB YOUR
CRAVINGS, LLC,

Plaintiff,

08 CV 7571

-v-

Case No. __08cv7571-PGG ECF Case__

SYBERVISION, INC., et al.,

**Rule 7.1 Statement**

Defendant.

RECEIVED
AUG 27 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court
to evaluate possible disqualification or recusal, the undersigned counsel for

__USA HERBALS, LLC and CURB YOUR CRAVINGS, LLC__    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of
said party, which are publicly held.

None.

Date: __08-36-08__

__Signature of Attorney__

**Attorney Bar Code:** __DV-9090__

Form Rule7_1.pdf  SDNY Web 10/2007